**FILED**
MAY 31 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHELLE CANTU, AS NEXT FRIEND OF S.C., A MINOR,<br>PLAINTIFF,<br><br>V.<br><br>SIGNATURE HEALTHCARE SERVICES, LLC AND GEORGETOWN BEHAVIORAL HEALTH INSTITUTE, LLC,<br>DEFENDANTS. | §<br>§<br>§<br>§<br>§ CIVIL NO. 1:22-CV-039-LY<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. On May 13, 2022, Plaintiff filed a Stipulation and Notice of Nonsuit [without prejudice] as to Defendants Signature Healthcare Services, LLC and Georgetown Behavioral Health Institute, LLC (Doc. #22). Accordingly,

**IT IS ORDERED** that the case is **CLOSED**.

SIGNED this _31st_ day of May, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE